1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

EDMONDS GREENERY HOMEOWNERS
ASSOCIATION, a Washington non-profit
corporation,

                        Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an
Illinois corporation, STATE FARM FIRE &
CASUALTY COMPANY, an Illinois company,
and DOE INSURANCE COMPANIES 1-10,

                        Defendants.

NO. 2:21-cv-00103-RSM

ORDER GRANTING PLAINTIFF'S
MOTION TO CONSOLIDATE RELATED
ACTIONS

        This matter comes before the Court on Plaintiff Edmonds Greenery Homeowners

Association's (the "Association") Motion to Consolidate Related Actions Under FRCP 42(a)(2)

and for a Protective Order Staying Discovery Under FRCP 26(c).  Plaintiff moves to consolidate

this case with *Edmonds Greenery v. Eagle West*, C22-73RSM.  While the cases have different

defendants, they share common issues of fact and law as to liability and damages. The cases also

involve many of the same lay and expert witnesses, Association records, and other documentary

evidence. Consolidating the cases for trial under Rule 42(a)(2) will promote efficiency and

conserve judicial resources.  The Court, having considered The Association's Motion, Defendants'

Opposition, and the remainder of the record, FINDS and ORDERS that:

ORDER GRANTING PLAINTIFF'S MOTION TO
CONSOLIDATE RELATED ACTIONS - 1

1.  Plaintiff's Motion to Consolidate Related Actions Under FRCP 42(a)(2) is GRANTED IN PART.

2.  The two related cases described in Plaintiff's motion – Case No. 2:21-cv-00103-RSM and 2:22-cv-00073-RSM – shall be consolidated under Case No. 2:21-cv-00103-RSM and the case schedule for Case No. 2:21-cv-00103-RSM shall govern.

3.  The Court finds good cause to continue the trial date and all case scheduling deadlines found in the prior scheduling order by 6 months. The new trial date shall be January 23, 2023.

4.  Plaintiff's request for a protective order related to discovery in February is DENIED as MOOT.

5.  Defendant Allstate's Motion to Extend the Time for disclosure of Rebuttal Expert Testimony, Dkt. #21 is DENIED as MOOT. The Court advises the parties to confer and attempt to file a stipulated motion related to any additional changes to discovery deadlines necessitated by this Order.

DATED this 14th day of March, 2022.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION TO
CONSOLIDATE RELATED ACTIONS - 2