THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDMONDS GREENERY HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation; EAGLE WEST INSURANCE COMPANY, a California Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No.: 2:22-cv-00073-RSM<br><br>STIPULATED MOTION AND ORDER TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT EAGLE WEST INSURANCE COMPANY<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**August 11, 2022** |

**STIPULATION**

Plaintiff Edmonds Greenery Homeowners Association (the "Association") and Defendants State Farm Fire and Casualty Company ("State Farm") and Eagle West Insurance Company ("EWIC") (collectively, the "Parties") stipulate that the claims asserted against EWIC by the Association in this lawsuit, including but not limited to all contractual and extra-contractual claims, should be dismissed with prejudice and without an award of costs or fees to any of the Parties.

STIPULATED MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT EAGLE WEST INSURANCE COMPANY
NO.: 2:22-CV-00073-RSM

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

DATED this 11th day of August 2022.

| STEIN SUDWEEKS & STEIN PLLC | BULLIVANT HOUSER BAILEY PC |
|---|---|
| s/ Justin D. Sudweeks *(per authorization)*<br>Justin D. Sudweeks, WSBA #28755<br>E-mail: justin@condodefects.com<br>Daniel J. Stein, WSBA #48739<br>E-mail: dstein@condodefects.com<br><br>*Attorneys for Plaintiff Edmonds Greenery Homeowners Association* | s/ Daniel R. Bentson<br>Daniel R. Bentson, WSBA #36825<br>Email: dan.bentson@bullivant.com<br><br>*Attorneys for Defendant Eagle West Insurance Company* |

REED MCCLURE

s/ Michael Rogers *(per authorization)*
Michael Rogers, WSBA #16423
Email: mrogers@rmlaw.com
Jason Vacha, WSBA # 34069
Email: jvacha@rmlaw.com

*Attorneys for Defendant State Farm Fire and Casualty Company*

## ORDER

IT IS SO ORDERED this 12th day of August, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS PLAINTIFF'S CLAIMS
AGAINST DEFENDANT EAGLE WEST INSURANCE COMPANY
NO.: 2:22-CV-00073-RSM

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930